EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00537 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 1341] |
| KENNETH VANGEL, ) | |
| Defendant. ) | |

INDICTMENT

COUNTS 1 - 4

The Grand Jury charges:

<u>The Scheme and Artifice to Defraud</u>

From a precise earlier date unknown to the Grand Jury, but by September 23, 2002 and continuing through on or about May

1, 2003, in the District of Hawaii and elsewhere, the Defendant, KENNETH VANGEL, knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money from the Honolulu Marathon Association, in the District of Hawaii, by means of materially false and fraudulent pretenses, representations and promises, as well as omissions of material facts, well knowing at the time that such pretenses, representations, promises and omissions would be and were false when made.  Such false statements, representations, promises and omissions included the following:

    1.    The Defendant, KENNETH VANGEL, fraudulently represented to the Honolulu Marathon Association (HMA) that he was an agent of musician Van Morrison and that he was able to contract Morrison to perform in a concert for the HMA in Honolulu, Hawaii on December 12, 2003, and possibly for one other day in December.  As the Defendant well knew, he was not the representative of Van Morrison in the United States and was without any ability to secure his services.

    2.    The Defendant, KENNETH VANGEL, informed HMA that for the payment of $47,552.50 he would guarantee the appearance of Van Morrison on December 12, 2003, when as he well knew he had not ability to secure Van Morrison's services regardless of how much he was paid by HMA.

## The Mailings

On or about the dates stated, in the District of Hawaii and elsewhere, the Defendant, KENNETH VANGEL, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly cause to be delivered by United States mail the following checks:

| Count | Date | Item Mailed |
|---|---|---|
| 1 | October 1, 2002 | Bank of Hawaii cashier's check in the amount of $25,000.00, made payable to Diversified Talent Services, an entity controlled and operated by the Defendant, KENNETH VANGEL. |
| 2 | October 11, 2002 | Bank of Hawaii cashier's check in the amount of $6,276.25, made payable to Diversified Talent Services, an entity controlled and operated by the Defendant, KENNETH VANGEL. |
| 3 | October 15, 2002 | Bank of Hawaii cashier's check in the amount of $3,723.75, made payable to Diversified Talent Services, an entity controlled and operated by the Defendant, KENNETH VANGEL. |
| 4 | October 25, 2002 | Bank of Hawaii cashier's check in the amount of $12,552.50, made payable to Diversified Talent Services, an entity controlled and operated by the Defendant, KENNETH VANGEL. |

All in violation of Title 18, United States Code, Section 1341.

DATED: _____NOV 13_____, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Kenneth Vangel;
Cr. No. _____
"Indictment"

4