# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 03-00537HG |
| CASE NAME: | U.S.A. vs. KENNETH VANGEL |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| | Daniel L. McLaughlin, Case Agent, FBI |
| ATTYS FOR DEFT: | Birney B. Bervar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 23, 2006 | TIME: | 9:00 - 9:25 (S.C. 20 min) (Motion: 5 min) |

COURT ACTION:  STATUS CONFERENCE -

The defendant is not present and his presence is waived by counsel.

Discussion held regarding the scheduled trial date of February 22, 2006. Mr. Bervar informed the Court that since the defendant is presently at the Metropolitan Correctional Center in San Diego, CA and the date of the defendant's return to the District of Hawaii is uncertain, the defense will have difficulty preparing for trial. Defendant's Oral Motion for Continuance of Trial is GRANTED.

    Jury Selection/Trial: April 19, 2006 @ 9:00 a.m.
    FPC - Judge Gillmor: April 5, 2006 @ 8:30 a.m.
    FPC - M.J. Kurren:  March 20, 2006 @ 10:00 a.m.
    Motions Deadline: The current deadlines remain in place, however, the Court will allow filing of motions with respect to the psychiatric report within 10 working days from the parties' receipt of the psychiatric report.

The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial. The Court orders that the period from February 22, 2006 to and including April 19, 2006 be excluded from computation under the

Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      Submitted by: David H. Hisashima, Courtroom Manager

cc:    The attorneys listed above