# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 03-537HG |
| CASE NAME: | U.S.A. vs. KENNETH VANGEL |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Birney B. Bervar |
| PRETRIAL SERVICES:: | Diane S. Arima-Linscott
Julie Wall |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 14, 2006 | TIME: | 2:45 - 3:35 |

COURT ACTION: COMPETENCY HEARING, BAIL HEARING, STATUS CONFERENCE, AND HEARING ON MOTION FOR WITHDRAWAL OF NOT GUILTY PLEA AND TO PLEAD ANEW -

The defendant is present in custody.

The Court finds that the defendant was competent at the time of the commission of the crime, competent in November 2005, and is presently competent to assist in his defense.

The issue of bail is deferred.

The defendant addressed the Court.

Defendant sworn.  Questioned.  Advised of his constitutional rights and the provisions of the Sentencing Guidelines.
   The Indictment was publicly read by the Court.
   Advised of the maximum penalties provided by law.
   Mr. Osborne summarized the essential terms of the Memorandum Plea Agreement.
   MEMORANDUM OF PLEA AGREEMENT filed.
   Mr. Osborne summarized the government's evidence against the defendant.

The defendant admitted his involvement.

Guilty plea entered to Count 1 of the Indictment.

The defendant is referred for presentence investigation and report, and sentencing is set for May 26, 2006 @ 1:30 p.m.

The trial and related dates are vacated.

The hearing on the issue of bail is set for February 21, 2006 @ 2:00 p.m.

The defendant is remanded to the custody of the U.S. Marshal.

Submitted by: David H. Hisashima, Courtroom Manager

cc:    U.S.P.T.S.O.:    Ms. Diane Arima-Linscott