# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 21, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 03-00537HG |
| CASE NAME: | U.S.A. vs. KENNETH VANGEL |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Birney B. Bervar |
| PTSO: | Dian Arima-Linscott |
| | Carol M. Miyashiro |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 21, 2006 | TIME: | 2:00 - 2:15 |

COURT ACTION:  BAIL HEARING -

The defendant is present in custody.

The defendant is released on an unsecured bond in the amount of $100,000 and upon the following conditions:

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c)   Maintain or actively seek employment, as directed by Pretrial Services.  **Provide verification of employment and all sources of income to Pretrial Services.**

(7g2)  Do not apply for/obtain a passport.  **The U.S. District Court Clerk's Office is to retain the defendant's passport, posted and filed on February 9, 2004.**

(7h3)  Travel is restricted to: **the State of Massachusetts.  The defendant may travel within the Continental United States and the District of Hawaii if approved in advance in writing by Pretrial Services**.

(7i) Do not change residence without the advance approval of Pretrial services.  **You must reside with parents in Worcester, Massachusettts, unless otherwise approved in advance by Pretrial Services.**

(7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services.   Take all medications as prescribed.

(7s2) You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions: **Comply with all terms and conditions of the Protective Order, to include prohibited contact with Ms. Linda C. Rosen.**

You shall not commit any offense in violation of federal, state, or local law while on release in this case.

You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by: David H. Hisasima, Courtroom Manager