AO 98 (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at 9 o'clock and 16 min. AM
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

**KENNETH VANGEL**
Defendant

APPEARANCE BOND

Case Number: **CR 03-00537HG**

Non-surety:   I, the undersigned defendant acknowledge that I and my ...
Surety:   We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $**100,000.00 UNSECURED BOND** and there has been deposited in the Registry of the Court the sum of $ in cash or  (describe other security).

The conditions of this bond are that the defendant **KENNETH VANGEL** is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violations of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void. If, however, the defendant fails to appear, fails to obey the conditions of release, or fails to otherwise obey the conditions of this bond, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on February 21, 2006 at Honolulu, Hawaii.

Defendant X_____  CITY and STATE [ADDRESS DELETED]  [NUMBER DELETED]
KENNETH VANGEL  (ONLY)
Surety _____  Worcester, MA 01603 Ph_____

Surety _____  _____ Ph_____

Signed and acknowledged before me on February 21, 2006.

_____
Deputy Clerk

Approved: _____
Helen Gillmor

KEVIN S.C. CHANG
United States Magistrate Judge