Case 1:03-cr-00537-HG   Document 74   Filed 05/17/2006   Page 1 of 1

PS8 HIPS-SUP-L-PETITN-01 (12.05)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 7 2006

at __ o'clock and __ min. __
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. KENNETH VANGEL                             CRIMINAL NO. 03-00537HG

Petition for Action on Conditions of Pretrial Release

COMES NOW DIANE S. ARIMA-LINSCOTT, U.S. Pretrial Services Officer Assistant, presenting an official report upon the conduct of defendant KENNETH VANGEL, who was placed under pretrial release supervision by the Honorable Helen Gillmor sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since February 21, 2006. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1.  Failing to provide verification of employment and all source(s) of income to Pretrial Services, in violation of Special Condition No. 2.

2.  Failing to provide verification of the status of mental health treatment and rescinding the authorization to release confidential information, in violation of Special Condition No. 6.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

ORDER OF COURT

Considered and ordered this 5th day of May, 2006 and ordered filed and made a part of the records in the above case.

_____
HELEN GILLMOR
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2006

_____
DIANE S. ARIMA-LINSCOTT
U.S. Pretrial Services Officer Assistant

Place: Honolulu, Hawaii