# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 26, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 03-00537HG |
| CASE NAME: | U.S.A. vs. KENNETH VANGEL |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr.<br>Daniel L. McLaughlin, Case Agent, FBI |
| ATTYS FOR DEFT: | Birney B. Bervar |
| U.S.P.O.: | Ellie Asasaki |
| U.S.P.T.S.: | Carolyn Hall |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 26, 2006 | TIME: | 1:30 - 2:30 |

COURT ACTION: SENTENCING TO COUNT 1 OF THE INDICTMENT - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED -

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.

Allocution by the defendant.

ADJUDGED: Probation of 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That restitution of $47,552.50 is due immediately to Honolulu Marathon Association, Attention: Dr. James Barahal, 3435 Waialae Avenue, Room 208, Honolulu, HI 96816, and any remaining balance be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest shall commence to accrue on any remaining balance.

11. That the defendant provide the Probation Office with monthly documentation of all monies received from income, loans, and gifts, etc., and provide any other financial information requested by the Probation Office.

    Special assessment: $100.
    Advised of rights to appeal the sentence, etc.
    Government's Oral Motion to Dismiss Counts 2, 3 & 4 of the Indictment is GRANTED.

    The Order to Show Cause Why Pretrial Release Should Not Be Revoked is rendered MOOT.

    Submitted by: David H. Hisashima, Courtroom Manager