AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

SUMMONS IN A CRIMINAL CASE

V.

Case Number: CR 03-00537HG

KENNETH VANGEL
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Courtroom 'AHA NONOI |
| | Date and Time |
| Before: Helen Gillmor, Chief United States District Judge | 05/26/2006 @ 1:30 p.m. |

To Answer a(n) Pretrial Release Violation Petition

Charging you with a violation of Title United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE AS TO WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.



RECEIVED 2006 MAY 18 AM 9:00 U.S. MARSHALS SERVICE HONOLULU, HI.

May 18, 2006
Date

SCANNED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth Vangel
   18 Mayfair Street
   Worchester, MA   01603

2. Article Number
   (Transfer from service label)   7005 1820 0002 1810 5266

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 5/22/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   [stamp: RECEIVED MAY 31 U.S. MARSHALS HONOLULU]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class M
Postage & F
USPS
Permit No. G

* Sender: Please print your name, address, and ZIP+4 in this box *

   U.S. MARSHALS SERVICE
   P.O. Box 50184
   Honolulu, HI 96850
   Attn: [signature]

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 03-00537HG
KENNETH VANGEL

### RETURN OF SERVICE

Service as made by me on:[1]                                    Date

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant at: _____

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____                     _____ Mark M. Hanohano
                Date                                Name of United States Marshal

                                                  _____
                                                  (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure